AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| SAMUEL RODRIGO MELO SANTOS, | ) | |
| SAMUEL AMADOR ORTEGA, | ) | 1:25-mj-00371-CL |
| ALDO MELO AMADOR, and | ) | |
| OSCAR AMADOR ORTEGA, | ) | |
| | ) | |
| *Defendant(s)* | | |

Certified to be a true and correct
copy of original filed in this District
Dated: **12/17/2025**
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/Heather McCann**
Pages 1 Through 22

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 2024 - present___ in the county of ___Josephine___ in the
___ District of ___Oregon___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in possession of a firearm |
| 18 U.S.C. § 922(a)(6) | Making false statements on ATF Form 4473 |

This criminal complaint is based on these facts:

Please see attached affidavit of ATF Special Agent Kathryn Holka.

☑ Continued on the attached sheet.

_____
s/ Kathryn Holka, by telephone
*Complainant's signature*

_____
Kathryn Holka, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___12/17/25___

_____
*Judge's signature*

City and state: ___Medford, Oregon___

_____
Mark D. Clarke, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:          AFFIDAVIT OF KATHRYN HOLKA

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Kathryn Holka, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been employed since April 2024.  I am currently assigned to the Eugene Field Office, and I investigate violations of Federal firearms laws in the District of Oregon.  I have successfully completed and graduated from the Criminal Investigator Training Program (CITP) as well as the Special Agent Basic Training Program (SABT).  I earned a master's degree in law enforcement intelligence and analysis from Michigan State University. While acquiring my master's degree I worked as a research intern at the Anti-Counterfeiting and Product Protection center.  I also earned a bachelor's degree in criminal justice and juvenile justice from Grand Valley State University.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Samuel Rodrigo Melo Santos, Samuel Amador Ortega, Aldo Melo Amador, and Oscar Amador Ortega for possession of a firearm or ammunition by an individual unlawfully in the United States and making false statements to acquire firearms or ammunition, in violation of 18 U.S.C. §§ 922(g)(5) and 922(a)(6).  As set forth below, there is probable cause to believe, and I do believe, that Samuel Rodrigo Melo Santos, Samuel Amador Ortega, Aldo Melo Amador, and Oscar Amador Ortega committed the following offenses in violation of 18 U.S.C. §§ 922(g)(5) and 922(a)(6).

**Applicable Law**

3.      18 U.S.C § 922(g)(5) provides that it shall be unlawful for any person who, being

an alien, is illegally or unlawfully in the United States to knowing possess a firearm or ammunition.

4.       18 U.S.C § 922(a)(6), provides that it shall be unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer or licensed collector, knowingly to make any false, fictitious, oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such importer.

### Statement of Probable Cause

5.       On July 1, 2025, ATF Industry Operations Investigator (IOI) M. Espejo began a compliance inspection of IV Guns and Ammo located at 223 N Redwood Hwy, Suite B, Cave Junction, Oregon 97523.  As part of the inspection process, IOI investigators review paperwork required to be maintained by the Federal Firearms Licensee (FFL).  One of the required parts of an IOI inspection is to review ATF Forms 4473, Firearms Transaction Record, which must be completed by the person who is purchasing a firearm and kept by the FFL.  The ATF Form 4473 is used by FFLs to determine if they may lawfully sell or deliver a firearm to the person identified on the form.  The ATF Form 4473 is available in English and Spanish.

6.       Furthermore, the ATF Form 4473 includes certain questions of the buyer. Question 11a. asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."  This same form requires biographical information of the purchaser such as the buyer's true name, current residential address, citizenship, and other identifying information so a background check can be completed to determine eligibility to purchase a firearm.

**Affidavit of Kathryn Holka**                                                    **Page 2**

7.     The biographical information from the ATF Form 4473 is used to run a national criminal background check.  The National Instant Criminal Background Check System (NICS) is a National Crime Information Systems (NCIC) index that contains information specifically for people who are prohibited from having firearms by federal or state law and is part of the background check for purchasing firearms.  The NICS was established as a result of the Brady Handgun Violence Prevention Act of 1993 (Brady Act), which required a national namecheck system for FFLs.  Certain individuals in Homeland Security Investigations have authorization and access to add information to NICS through NCIC, including adding a person's immigration status.

8.     During the inspection, IOI Espejo observed repeated sales of the same make and model of firearm, which is an indicator of firearms trafficking, being purchased by a group of individuals that shared the same addresses in O'Brien, Oregon and Medford, Oregon.  These firearms included Beretta pistols and Smith & Wesson M&P 22 rifles.  Below is a list of the individual purchasers that were initially identified.

- Oscar Amador Ortega

- Samuel Amador Ortega

- Aldo Melo Amador

- Samuel Rodrigo Melo Santos

9.     On July 24, 2025, SA Wallace and I went to IV Guns and Ammo to follow up on information I received from IOI Espejo regarding the above listed individuals.  SA Wallace and I met with Adult Witness 1 (AW1), an employee of IV Guns and Ammo, in charge of keeping records for the FFL.  AW1 stated that she was familiar with the four individuals who had made numerous purchases from the store over the past year.  AW1 never asked the individuals why

they were purchasing so many of the same firearms.  She also stated that and that she did not realize how many Beretta pistols the individuals had purchased until the FFL's Beretta supplier informed them that he could not keep up with their store's requests and would need more time to locate the models of firearm they consistently ordered.  Most of the time the four individuals would order more firearms when they were at the store picking up firearms they previously ordered.

10.     Adult Witness 2 (AW2) the owner of IV Guns and Ammo would check the supplier information when they placed an order, took a deposit for the order, and would estimate for the buyer when the firearm would arrive at the store.  Based on that schedule, someone from the group would stop into the store a couple of days after the supplier's ship date to purchase the firearms.

11.     AW1 provided me copies of receipts for purchases made by Aldo Melo Amador, Oscar Amador Ortega, and Samuel Amador Ortega.  Most of the firearm purchases were completed in cash.  A few firearms purchases were completed on credit cards, with only a handful of purchases made with bank cards.

12.     I was informed by AW1 that there was another individual by the name of ██████ [Co-Conspirator 1] ██████ [Co-Conspirator 1] that attempted to purchase a Beretta pistol on June 28, 2023, and was denied the firearm purchase because of his illegal status in the U.S.  I verified ██████ [Co-Conspirator 1]'s information and noticed he falsely claimed on the ATF Form 4473 to be a citizen of the United States and listed 169 Lone Mountain Rd, Space 11, O'Brien, Oregon as his address but used a California driver's license while attempting the purchase.

**Affidavit of Kathryn Holka**                                                                          **Page 4**

**Oscar Amador Ortega**

13.     Oscar Amador Ortega began purchasing firearms at the age of nineteen on March 2, 2024.  He first purchased long guns which included multiple rifles and shotguns, many of the same make, model and caliber.  On May 24, 2025, when he turned twenty-one, he began purchasing handguns of the same make and model.  As of July 22, 2025, Oscar Amador Ortega has purchased twenty-five firearms from IV Guns & Ammo and two other FFLs located in Southern Oregon.  According to the ATF Forms 4473 that he completed during each firearm purchase, from March 2024 to December 2024 he listed 169 Lone Mountain Rd, Space 11, O'Brien, Oregon as his address.  From December 2024 to July 2025, he completed the ATF From 4473 listing 2823 Table Rock Rd, Medford, Oregon as his address.  As part of the firearm purchasing background check the FFL must verify the address on the form matches the address listed on the buyer's ID.

14.     On each of the ATF 4473 forms, Oscar Amador Ortega completed the required biographical questions as part of the background process.  For place of birth, he wrote "Mexico" under foreign country.  For country of citizenship, he checked the box next to United States.

15.     On July 14, 2025, an immigration query was conducted through ICE.  ICE concluded that Oscar Amador Ortega has no legal status in the United States.  Based on ICE records, investigators believe that Oscar Amador Ortega is an alien that is unlawfully in the United States and therefore prohibited under 18 U.S.C § 922(g)(5) from knowingly possessing a firearm or ammunition.  An ATF investigator requested the individual's illegal status be uploaded to the NCIC system to stop any further illegal purchases.

**Affidavit of Kathryn Holka**                                                                                              **Page 5**

**Samuel Amador Ortega**

16.     Samuel Amador Ortega began purchasing firearms from IV Guns and Ammo in April 2025.  According to copies of the ATF Form 4473, Samuel Amador Ortega listed his address as 2823 Table Rock Rd, Medford, Oregon.  In total, Samuel Amador Ortega purchased sixteen firearms from IV Guns and Ammo.  His first purchase from this FFL on April 4, 2025, included six pistols.  Three Beretta, model 80X Cheetah, .380 caliber pistols, two Beretta 92GTS, 9mm pistols and a Rossi, model Circuit Judge, .45 caliber rifle.  On the same 4473 form, for place of birth, he wrote "Mexico".  For country of citizenship, he checked the box next to United States.

17.     On May 13, 2025, Samuel Amador Ortega went to IV Guns and Ammo and purchased four firearms.  He purchased a Girsan, model MC14DDA, .380 caliber pistol and three Smith & Wesson, model M&P 15-22, .22 caliber rifles.  During that purchase, he filled out the ATF Form 4473 listing 2823 Table Rock Rd, Medford, Oregon as his address.  For place of birth, he wrote "Mexico" and for country of citizenship he checked the box next to United States.

18.     On May 31, 2025, Samuel Amador Ortega purchased more Smith & Wesson, model M&P 15-22, .22 caliber rifles from IV Guns and Ammo listing his address on the ATF Form 4473 as 2823 Table Rock Rd, Medford, Oregon.  For place of birth, he wrote "Mexico" and for country of citizenship he checked the box next to United States.

19.     On June 14, 2025, Samuel Amador Ortega purchased two Smith & Wesson, model M&P 15-22, .22 caliber rifles from IV Guns and Ammo.  On the ATF Form 4473, he used 2823 Table Rock Rd, Medford, Oregon as his address, checked his place of birth as "Mexico" and checked the box for his citizenship as the United States.

20.     On July 14, 2025, an immigration query was conducted through ICE.  ICE concluded that Samuel Amador Ortega has no legal status in the United States.  Based on ICE records, investigators believe that Samuel Amador Ortega is an alien that is unlawfully in the United States and therefore prohibited under 18 U.S.C § 922(g)(5) from knowingly possessing a firearm or ammunition.  An ATF investigator requested the individual's illegal status be uploaded to the NCIC system to stop any further illegal purchases.  On July 19, 2025, Samuel Amador Ortega attempted to purchase four firearms from IV Guns and Ammo again using 2823 Table Rock Rd, Medford, Oregon as his address, but he was denied because of his illegal status.

**Aldo Melo Amador**

21.     Aldo Melo Amador began purchasing firearms from IV Guns and Ammo in March 2024 and his last purchase was on June 14, 2025.  During that time, he purchased many of the same firearms including Beretta pistols and Smith & Wesson .22 caliber rifles.  In total, Aldo Melo Amador purchased thirty-six firearms from IV Guns and Ammo and five from two other FFLs located in Medford, Oregon.  On all the ATF Forms 4473, he listed 2823 Table Rock Rd, Medford, Oregon as his address.  For place of birth, he wrote "Mexico".  For country of citizenship, he checked the box next to United States.  Most of his purchases were completed in cash.

22.     On July 14, 2025, an immigration query was conducted through ICE.  ICE concluded that Aldo Melo Amador has no legal status in the United States.  Based on ICE records, investigators believe that Aldo Melo Amador is an alien that is unlawfully in the United States and therefore prohibited under 18 U.S.C § 922(g)(5) from knowingly possessing a firearm or ammunition.  An ATF investigator requested the individual's illegal status be uploaded to the NCIC system to stop any further illegal purchases.

**Affidavit of Kathryn Holka**                                                        **Page 7**

**Samuel Rodrigo Melo Santos**

23.     Samuel Rodrigo Melo Santos, born in 1998, has purchased ninety-one firearms from IV Guns and Ammo since May 2024.  According to the FFL's records his first purchase was on May 17, 2024, when he purchased one Beretta, model 92GTS, 9mm pistol.  During all of Santos' firearm purchases from May 2024 to November 2024, he wrote 2823 Table Rock Rd, Medford, Oregon on the ATF Form 4473 as his address.  Then on November 13, 2024, Samuel Rodrigo Melo Santos wrote 169 Lone Mountain Rd, Space 11, O'Brien, Oregon as his address.  For place of birth, he wrote "Mexico".  For country of citizenship, he checked the box next to United States.

24.     After I received this information from IOI Espejo, she conducted additional records checks on Samuel Rodrigo Melo Santos.  These results indicated that he had a Wells Fargo account that had closed in June 2025 because of suspicious activity.  Following up on that activity, investigators learned Samuel Rodrigo Melo Santos received two checks from ███ ████████████ in South Carolina.  The first check was received on December 4, 2024, for $5,000.  The second check was received on March 5, 2025, for $3,500.  ████████████████ had previously been arrested for marijuana trafficking in South Carolina.  Investigators also learned that Samuel Rodrigo Melo Santos had used his debit card at various southern Oregon Bi-Mart stores during the same period as he purchased the firearms at IV Guns and Ammo, however he did not purchase any firearms from Bi-Mart.

25.     On July 14, 2025, an immigration query was conducted through Immigration and Customs Enforcement (ICE) and determined that Samuel Rodrigo Melo Santos was apprehended by Border Patrol near Three Points, Arizona on May 4, 2024, while attempting to illegally enter the U.S.  He was granted a Voluntary Return to Mexico through the Nogales Arizona Point of

**Affidavit of Kathryn Holka**                                                                              **Page 8**

Entry. No other USCIS or Customs and Border Patrol records exist past this encounter. This indicates that Samuel Rodrigo Melo Santos successfully entered the U.S. illegally and is currently present in the U.S. without proper documentation to be here. He has no legal status in the United States. Based on ICE records, investigators believe that Samuel Rodrigo Melo Santos is an alien that is unlawfully in the United States and therefore prohibited under 18 U.S.C § 922(g)(5) from knowingly possessing a firearm or ammunition.

26.    On July 19, 2025, Samuel Rodrigo Melo Santos purchased a Ruger 10/22, a Century Arms AK rifle and three Anderson AM-15 rifles for $2860 in cash (minus $300 which he provided as a deposit earlier) from IV Guns and Ammo. An ATF investigator requested the individual's illegal status be uploaded to the NCIC system to stop any further illegal purchases.



27.    Special Agent (SA) Wallace acquired and reviewed surveillance footage of July 19, 2025, from IV Guns and Ammo. The surveillance footage showed that Samuel Rodrigo Melo Santos and Samuel Amador Ortega entered IV Guns and Ammo together. While filling out paperwork, Samuel Amador Ortega has his ID out next to the ATF Form 4473 and he repeatedly

looked at it while he filled out the forms, as if he was unfamiliar with the information on his ID. Samuel Amador Ortega also used his phone to assist with filling out the form. Samuel Rodrigo Melo Santos appeared to be assisting Samuel Amador Ortega in completing some of the questions on the form. Samuel Amador Ortega then left the store with no firearms.

28.     Records indicated that Samuel Amador Ortega was denied the purchase of three firearms on this day because of his illegal status in the U.S. Surveillance footage shows Samuel Rodrigo Melo Santos exiting the store at 11:05 AM.

### Surveillance

29.     On August 6, 2025, I conducted surveillance of 2823 Table Rock Rd, Medford, Oregon. At approximately 5:00 PM, I observed a White Ford F150 at the residence bearing Oregon License Plate 263QMP. According to an Oregon Department of Motor Vehicles (DMV) query, the vehicle was registered to Oscar Amador Ortega.

30.     On August 7, 2025, I conducted surveillance of 2823 Table Rock Rd, Medford, Oregon at approximately 6:00 AM. I did not observe the white Ford F150 in the driveway from the previous night. At approximately 6:23 AM, I observed a black Subaru sedan bearing Oregon license plate 523LUQ leave the premises. According to an Oregon DMV query the vehicle was registered to Samuel Rodrigo Melo Santos.

### Firearms Instant Check System (FICS)

31.     FICS is operated by the Oregon State Police who conduct background checks for individuals attempting to purchase firearms from FFLs. During the investigation, a subpoena request for firearm purchase records was served to the FICS for the State of Oregon for Oscar Amador Ortega, Samuel Amador Ortega, Aldo Melo Amador, and Samuel Rodrigo Melo Santos. An additional subpoena for firearm purchase records by address was served to FICS for 2823

Table Rock Rd, Medford, Oregon.  The results showed two more individuals used the same address while attempting to purchase firearms.  These individuals were identified as [Co-Conspirator 2] [Co-Conspirator 2], and [Co-Conspirator 3].

32.    The records showed a total of 176 firearms purchased by Samuel Rodrigo Melo Santos, Oscar Amador Ortega, Samuel Amador Ortega, and the two additional individuals identified as [Co-Conspirator 3], and Aldo Melo Amador.

33.    Based upon my training in conducting criminal investigations of violations of federal firearms laws, I know that multiple purchases of the same make and model of a firearm may be an indicator of firearms trafficking activity.  While collectors may occasionally acquire two or more of the same make and model of a firearm that has a unique historical or collectable value, most collectors prefer to diversify their firearms collection.  In contrast, I know that firearms traffickers will often purchase multiple firearms of the same make, model, and/or caliber.  These firearms may be relatively inexpensive, have little to no collectable value among firearms enthusiasts, and/or are considered by ATF to be "weapons of choice", sought after by firearms trafficking organizations.  To this date, I have not been notified that any of the firearms have been recovered by law enforcement.

### [Co-Conspirator 2]

34.    The results from the FICS inquiry showed that [Co-Conspirator 2] was denied from purchasing firearms five times from three different FFLs.  On January 17, 2024, [Co-Conspirator 2] was denied a firearm from IV Guns and Ammo.  During the attempted firearm purchase he listed an address on Dick George Road in O'Brien.  For the four other denials he used the address of 2823 Table Rock Rd, Medford, Oregon.  After [Co-Conspirator 2] [Co-Conspirator 2] was denied the purchase of a Mossberg 20-gauge shotgun from the Blackbird

**Affidavit of Kathryn Holka**                                                    **Page 11**

Shopping Center in Medford Oregon on April 19, 2024, Oscar Amador Ortega purchased the same firearm on July 5, 2024, using 169 Lone Mountain Rd, Space 11, O'Brien, Oregon as his address.

35.    On September 16, 2025, an immigration query was conducted through ICE.  ICE concluded that ▋Co-Conspirator 2▋ has no legal status in the United States.  Based on ICE records, investigators believe that ▋Co-Conspirator 2▋ is an alien that is unlawfully in the United States and therefore prohibited under 18 U.S.C § 922(g)(5) from knowingly possessing a firearm or ammunition.  An ATF investigator requested the individual's illegal status be uploaded to the NCIC system to stop any further illegal purchases.

## Co-Conspirator 3

36.    ▋Co-Conspirator 3▋ purchased a Beretta 92X pistol on July 28, 2023, from IV Guns and Ammo.  On August 15, 2023, he purchased another Beretta 92X pistol from IV Guns and Ammo.  ▋Co-Conspirator 3▋ used the address of 2823 Table Rock Rd, Medford, Oregon on both 4473 forms.

37.    On September 17, 2025, an immigration query was conducted through Immigration and Customs Enforcement (ICE).  ICE concluded that ▋Co-Conspirator 3▋ has no legal status in the United States.  Based on ICE records, he applied for a Border Crossing Card in 2019.  He was denied the visa because he admitted to having illegally lived in the U.S. between 2007 and 2009.  ▋Co-Conspirator 3▋ does not have documentation to be in the U.S.  There is no record of entry for him.  This indicates that he illegally entered the U.S. and is illegally present.  His experience with the visa application indicates that he understands the illegality of his presence in the U.S.  Investigators believe that ▋Co-Conspirator 3▋ is an

alien that is unlawfully in the United States and therefore prohibited under 18 U.S.C § 922(g)(5) from knowingly possessing a firearm or ammunition.

## Ammunition Purchases

38.    I obtained records from Samuel Rodrigo Melo Santos' closed Wells Fargo account.  On July 28, 2025, investigators contacted Bi-Mart Corporate to determine what purchases he made based off the entries of the bank records.  The debit card transactions showed a total of $7,464.06 spent on purchasing ammunition at three different Bi-Marts between the dates of February 5, 2025, and April 6, 2025.  The following are examples of some of the purchases: on February 5, 2025, he purchased $1,439.94 of ammunition at the Bi-Mart in Grants Pass, Oregon.  On April 5, 2025, he purchased $1,055.04 of ammunition at the Bi-Mart in Ashland, Oregon.

39.    Bi-Mart provided information for Samuel Rodrigo Melo Santos.  According to Bi-Mart records, he purchased large amounts of ammunition using his debit card and purchased over 40,000 rounds of ammunition from Bi-Mart stores within seven months.  There is no paperwork or background check required to purchase ammunition, only an age requirement.

40.    Based on my training and consultation with senior agents, I know that another key indicator of illegal firearms and ammunition trafficking activity is the use of complex methods for ordering, paying for, and receiving firearms and ammunition.  I also know that illegal firearms and ammunition traffickers often pay for firearms and ammunition with U.S. currency in effort to decrease the likelihood of drawing attention from law enforcement officials and preventing the creation of financial records which arises during the use of credit cards, debit cards, checks, money orders or wire transfers.

41.    I contacted Bi-Mart to inquire about any additional bulk purchases of ammunition where video footage was still available. I reviewed cash register camera footage of a subject purchasing bulk ammunition from July 22, 2025, from the Medford Bi-Mart on Biddle Road. I compared the footage to Co-Conspirator 1's California Driver's License photo and believed that it was the same person. On July 22, 2025, Co-Conspirator 1 purchased $1,183.99 of ammunition in various calibers and paid in cash. Co-Conspirator 1 exited the store and placed the ammunition in a gold-colored Prius in the parking lot.



42.    On August 28, 2025, an immigration query was conducted through Immigration and Customs Enforcement (ICE). ICE concluded that Co-Conspirator 1 has no legal status in the United States and is currently under removal proceedings. According to Homeland Security Investigations special agent Ellis, Co-Conspirator 1 was encountered at the San Ysidro Port of Entry on March 5, 2023. Co-Conspirator 1 was concealed in the back of a pick-up truck. He attempted to enter into the United States without inspection. Customs and Border Protection (CBP) determined that Co-Conspirator 1 did not have the proper documentation to enter, pass through, or remain in the United States. Co-Conspirator 1 was not allowed to enter the United States. CBP administratively returned Co-Conspirator 1 to Mexico. No other encounters with U.S.

**Affidavit of Kathryn Holka**                                        **Page 14**

officials have occurred since that time. This means that Co-Conspirator 1 is currently in the United States without any type of immigrant or nonimmigrant status. He did not legally enter the United States through a Port of Entry. Co-Conspirator 1 is therefore amendable to removal from the United States.

43.    I reviewed surveillance footage of another subject purchasing bulk ammunition on July 26, 2025, from the Ashland Bi-Mart. I reviewed cash register camera footage and compared the subject in the video to Samuel Amador Ortega's Oregon ID photo. I believed that the subject on July 26, 2025, was Samuel Amador Ortega. The security camera footage showed Samuel Amador Ortega purchased the ammunition with cash, presenting an Oregon ID. The address listed on his Oregon ID was 2823 Table Rock Rd, Medford, Oregon. After the purchase, he exited the store at approximately 5:27 PM.



Samuel AMADOR ORTEGA

44.    I reviewed additional camera footage of a subject purchasing bulk ammunition on July 26, 2025. I compared the subject in the footage to Co-Conspirator 2 's Oregon ID photo and I believed that it was one and the same person. The address listed on his Oregon ID was 2823 Table Rock Rd, Medford, Oregon. The security camera footage showed Co-Conspirator 2

Co-Conspirator 2 purchased ammunition in cash.  After the purchase was made, he was seen

exiting the store at approximately 5:29 PM.



45.      SA Wallace and I acquired surveillance footage from the Grants Pass Bi-Mart.

After reviewing the register camera footage from August 18, 2025, I determined that subject in

the video footage was Co-Conspirator 1.  He purchased $2,229.90 of ammunition with cash.



46.      Co-Conspirator 1 placed the ammunition in the trunk of a Black Chevy Tahoe and

left the parking lot at approximately 1:27 PM.  All subjects involved in the investigation have not

been able to purchase firearms since July 2025 due to their illegal status in the United States and

the information being uploaded into NCIC.  I believe that ammunition purchases have increased

since July to continue the trafficking operation as ammunition is another commodity that is in demand for firearm traffickers.

47.    On August 22, 2025, while conducting surveillance of 2823 Table Rock Rd, Medford, Oregon, SA Wallace and I observed a dark colored Chevrolet Tahoe with a California license plate parked behind the residence with a U-Haul trailer attached to the vehicle.  I determined that the U-Haul trailer was rented by Co-Conspirator 1.  A subpoena request revealed that Co-Conspirator 1 rented a 6x12 trailer regularly and used a 2016 Chevrolet Tahoe with California License plate 7YJD934 to tow the trailer.  The Tahoe was registered to a ██████ ██████ with the same listed address as Co-Conspirator 1 in Los Molinos, California.  Later that day, SA Wallace and I observed the 2016 Chevrolet Tahoe pulling the same U-Haul trailer approximately two miles from Dick George Road in O'Brien travelling toward Hwy 199.

48.    On August 27, 2025, SA Wallace and I acquired surveillance footage from the Medford Bi-Mart on Biddle Road.  SA Wallace and I spoke with Bi-Mart employee Adult Witness 3 (AW3) who said they would recognize the men buying the ammunition.  I showed AW3, Oregon ID photos of Samuel Amador Ortega, Co-Conspirator 2, Oscar Amador Ortega, Aldo Melo Amador, and Samuel Rodrigo Melo Santos.  AW3 positively identified Oscar Amador Ortega, Co-Conspirator 2, and Samuel Amador Ortega as frequent customers who purchased large amounts of ammunition from the store.

/ / /

/ / /

/ / /

**Affidavit of Kathryn Holka**                                                                **Page 17**





Oscar AMADOR ORTEGA    Samuel AMADOR ORTEGA    Co-Conspirator 2

49.     On September 12, 2025, I received a phone call from AW3.  AW3 told me about a large purchase of ammunition by Co-Conspirator 1.  AW3 informed me that Co-Conspirator 1 provided a California Driver's License at the cash register.  While placing the ammunition in a shopping cart near the gun counter, Co-Conspirator 1 asked AW3 if there was a purchase limit for ammunition.  The surveillance footage was later retrieved and showed Co-Conspirator 1 purchasing $2,149.90 of ammunition in cash.  Several employees witnessed Co-Conspirator 1 load the ammunition into a black Chevy Tahoe with California license plate 7YJD934.

50.     I was able to obtain License Plate Reader (LPR) data for September 12, 2025. This data showed the 2016 black Tahoe traveled from Medford towards Grants Pass and later arriving in Selma, Oregon.  The Tahoe then traveled from Selma to Cave Junction, Oregon and spent several hours in the area, including the Dick George Road in O'Brien area.  The Tahoe then traveled back through Grants Pass arriving at the BI-Mart store in Medford Oregon.

51.     On September 24, 2025, SA Wallace and I received information from the Josephine Marijuana Enforcement Team (JMET) detailing in recent weeks they had observed a dark colored Chevrolet Tahoe with a U-Haul trailer attached to it at a marijuana grow in close proximity to Dick George Road in O'Brien.

**Affidavit of Kathryn Holka**                                                      **Page 18**

**December 16, 2025, Federal Search Warrant**

52.     On December 16, 2025, ATF conducted a search warrant at 2823 Table Rock Rd, Medford, Oregon.  Prior to the execution of the search warrant Samuel Amador Ortega, Aldo Melo Amador, and Oscar Amador Ortega were taken into custody.  During the execution of the search warrant, Samuel Rodrigo Melo Santos was discovered in a back bedroom and taken into custody.

53.     The following items were seized during the execution of the search warrant: approximately $11,000 dollars in cash, IV Guns and Ammo purchase receipts, U-Haul receipts, Blackbird (FFL) purchase receipt, an empty Ruger rifle case, three handwritten ledgers, two money transfer receipts, three rounds of ammunition, fraudulent ID cards, a digital scale, suspected marijuana, and approximately 468 grams of suspected methamphetamine.

**Custodial Interviews**

54.     On December 16, 2025, ATF special agents conducted custodial interviews of Samuel Rodrigo Melo Santos, Samuel Amador Ortega, Aldo Melo Amador, and Oscar Amador Ortega.  All the individuals stated that they were aware of the questions on the ATF form 4473 and confirmed they were not purchasing the firearms for themselves.  They also stated that they would make a profit of approximately $100-$200 per firearm purchased and less for ammunition. All individuals stated that they would not be in possession of the firearms for very long, as they would give them to the person who requested the purchases.  They were unwilling to provide further details about that person.

**Conclusion**

55.     Based on the foregoing, I have probable cause to believe, and I do believe, that Samuel Rodrigo Melo Santos, Samuel Amador Ortega, Aldo Melo Amador, and Oscar Amador

**Affidavit of Kathryn Holka**                                                        **Page 19**

Ortega committed possession of a firearm or ammunition by an individual unlawfully in the United States and making false statements to acquire firearms or ammunition, in violation of 18 U.S.C. §§ 922(g)(5) and 922(a)(6). I therefore request that the Court issue a criminal complaint and arrest warrant for Samuel Rodrigo Melo Santos, Samuel Amador Ortega, Aldo Melo Amador, and Oscar Amador Ortega.

56.    Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Judith Harper. AUSA Harper advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

57.    It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrants. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, destruction of or tampering with evidence, intimidation of

/ / /

/ / /

/ / /

**Affidavit of Kathryn Holka**                                                                    **Page 20**

potential witnesses or otherwise jeopardize an investigation.  Premature disclosure of the

affidavit, the criminal complaint, and the arrest warrants may adversely affect the integrity of the

investigation.

> *By phone pursuant to Fed. R. Crim. P. 4.1*
> KATHRYN HOLKA
> Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at

__1:20_____ a.m./p.m. on December __17____, 2025.

HONORABLE MARK D. CLARKE
United States Magistrate Judge

**Affidavit of Kathryn Holka**                                                    **Page 21**