FILED'26 JAN 8 1250USDC-ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cr-00003-MC |
| v. | **INDICTMENT** |
| SAMUEL RODRIGO MELO SANTOS,<br>SAMUEL AMADOR ORTEGA,<br>ALDO MELO AMADOR,<br>OSCAR AMADOR ORTEGA, | 18 U.S.C. §§ 922(g)(5) and 924(a)(8)<br>18 U.S.C. § 924(a)(1)(A)<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) |
| Defendants. | **Forfeiture Allegations** |

## COUNT 1
### (Alien in Possession of a Firearm)
### (18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about July 19, 2025, in the District of Oregon, defendant **SAMUEL RODRIGO MELO SANTOS**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess a Ruger 10/22 rifle, a Century Arms AK rifle and three Anderson AM-15 rifles, which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**Indictment**                                                                 **Page 1**

## COUNT 2
### (Making False Statements in the Acquisition of a Firearm)
### (18 U.S.C. § 924(a)(1)(A))

On or about July 19, 2025, in the District of Oregon, **SAMUEL RODRIGO MELO SANTOS**, defendant herein, knowingly made a false statement and representation to FFL #1, a dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL #1, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was a United States Citizen and the actual buyer of the following firearms:

• Ruger 10/22 rifle;

• Century Arms AK rifle; and

• Three Anderson AM-15 rifles;

whereas in truth and fact he knew he was not a United States Citizen, and he knew he was not the actual buyer because he was acquiring the firearms on behalf of another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3
### (Alien in Possession of a Firearm)
### (18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about June 21, 2025, in the District of Oregon, defendant **SAMUEL AMADOR ORTEGA**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess a Beretta 92FS pistol and a Beretta 80X Cheetah pistol, which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**Indictment**                                                                                          **Page 2**

## COUNT 4
### (Making False Statements in the Acquisition of a Firearm)
### (18 U.S.C. § 924(a)(1)(A))

On or about June 21, 2025, in the District of Oregon, **SAMUEL AMADOR ORTEGA**, defendant herein, knowingly made a false statement and representation to FFL #1, a dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL #1, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was a United States Citizen and the actual buyer of the following firearms:

• Beretta 92FX pistol; and

• Beretta 80X Cheetah pistol;

whereas in truth and fact he knew he was not a United States Citizen, and he knew he was not the actual buyer because he was acquiring the firearms on behalf of another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5
### (Alien in Possession of a Firearm)
### (18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about April 26, 2025, in the District of Oregon, defendant **ALDO MELO AMADOR**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess a North American Arms revolver, a Diamond Back DB-15 rifle, and a Ruger, AR-556 rifle, which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**Indictment**                                                                                   **Page 3**

## COUNT 6
### (Making False Statements in the Acquisition of a Firearm)
### (18 U.S.C. § 924(a)(1)(A))

On or about April 26, 2025, in the District of Oregon, **ALDO MELO AMADOR**, defendant herein, knowingly made a false statement and representation to FFL #1, a dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL #1, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was a United States Citizens and the actual buyer of the following firearms:

• North American Arms revolver;

• Diamond Back DB-15 rifle; and

• Ruger, AR-556 rifle;

whereas in truth and fact he knew he was not a United States Citizen, and he knew he was not the actual buyer because he was acquiring the firearms on behalf of another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7
### (Alien in Possession of a Firearm)
### (18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about July 11, 2025, in the District of Oregon, defendant **OSCAR AMADOR ORTEGA**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess two Smith & Wesson, M&P 15-22 rifles, and a Beretta M9 pistol, which firearms had previously been shipped or transported in interstate or foreign commerce;

**Indictment**                                                                 **Page 4**

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 8
### (Making False Statements in the Acquisition of a Firearm)
### (18 U.S.C. § 924(a)(1)(A))

On or about July 11, 2025, in the District of Oregon, **OSCAR AMADOR ORTEGA,**

defendant herein, knowingly made a false statement and representation to FFL #1, a dealer

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to

information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept

in the records of FFL #1, in that the defendant did execute a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the

effect that he was a United States Citizen and the actual buyer of the following firearms:

• Two Smith & Wesson, M&P 15-22 rifles; and

• Beretta M9 pistol;

whereas in truth and fact he knew he was not a United States Citizen, and he knew he was not

the actual buyer because he was acquiring the firearms on behalf of another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 9
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

On or about December 16, 2025, in the District of Oregon, defendant **SAMUEL**

**AMADOR ORTEGA,** did knowingly possess with intent to distribute over 500 grams of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

**Indictment**                                                                 **Page 5**

## FIRST FORFEITURE ALLEGATION

Upon conviction of Counts 1-8, defendants **SAMUEL RODRIGO MELO SANTOS,**

**SAMUEL AMADOR ORTEGA, ALDO MELO AMADOR,** and **OSCAR AMADOR**

**ORTEGA,** shall forfeit to the Unites States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

2461(c), the firearms and ammunition involved in those offenses.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count 9, defendant **SAMUEL AMADOR ORTEGA**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or

derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of said violations.

Dated: January 8, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JUDITH R. HARPER
Assistant United States Attorney

**Indictment**                                                                                       **Page 6**