SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JUDITH R. HARPER, OSB #903260**
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:  (541) 776-3564
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:26-CR-00003-MC** |
| **v.** | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **SAMUEL RODRIGO MELO SANTOS,** **SAMUEL AMADOR ORTEGA,** **ALDO MELO AMADOR,** **OSCAR AMADOR ORETEGA,** | |
| **Defendants.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture

of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the

United States is seeking forfeiture of the following property:

///

///

///

///

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**                **Page 1**

$15,229 USC
Three (3) rounds of .45 caliber ammunition


Dated: February 9th, 2026.                    Respectfully submitted,

                                              SCOTT E. BRADFORD
                                              United States Attorney

                                              s/ *Judith R. Harper*
                                              **JUDITH R. HARPER**
                                              Assistant United States Attorney