SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JUDITH R. HARPER, OSB #903260**
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone: (541) 776-3564
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:26-cr-00003-MC** |
| **v.** | **MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT SAMUEL RODRIGO MELO SANTOS** |
| **SAMUEL RODRIGO MELO SANTOS, SAMUEL AMADOR ORTEGA, ALDO MELO AMADOR, OSCAR AMADOR ORTEGA,** | |
| **Defendants.** | |

The United States of America respectfully moves this court for a Preliminary Order of Forfeiture and Final Order of Forfeiture as to defendant Samuel Rodrigo Melo Santos. Defense counsel has no objection to this motion. On August 3, 2026, Samuel Rodrigo Melo Santos pleaded guilty to Count One and Two, of the Indictment and agreed to the forfeiture of the following assets:

**$15,229 U.S. Currency; and,**

**Three (3) rounds of .45 caliber ammunition**

WHEREFORE, the United States moves this Court for a Preliminary Order and Final Order of Forfeiture declaring this property forfeited as to Samuel Rodrigo Melo Santos.

Dated: **October 7, 2026**.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney